Solomon SEALES, Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. 46213.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 17, 1983.

Motion for Rehearing and/or Transfer Denied July 6, 1983.

Application to Transfer Denied Aug. 16, 1983.

**224**

Henry B. Robertson, St. Louis, for movant-appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, Edward Rogers, Asst. Circuit Atty., St. Louis, for respondent.

### ORDER

PER CURIAM.

This is an appeal from a denial, after an evidentiary hearing, of a Rule 27.26 motion. Affirmed. Rule 84.16(b).